FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 11-841 uA |
| Plaintiff, | INDICTMENT |
| v. | [18 U.S.C. § 113(a)(1): Assault with Intent to Commit Murder; 18 U.S.C. § 113(a)(3): Assault with a Dangerous Weapon with Intent to Do Bodily Harm; 18 U.S.C. § 2(a): Aiding and Abetting] |
| ROBERT GLENN JOHNS, JASON KNOLES, and JOHN JAVILO MCCULLAH, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 113(a)(1); 18 U.S.C. § 2(a)]

On or about July 28, 2011, in San Bernardino County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, namely, the United States Penitentiary at Victorville, California, defendants ROBERT GLENN JOHNS and JASON KNOLES, each aiding and abetting the other, intentionally assaulted inmates P.M. and C.T. with a dangerous weapon, namely, a knife, with intent to commit murder.

COUNT TWO

[18 U.S.C. § 113(a)(3); 18 U.S.C. § 2(a)]

On or about July 28, 2011, in San Bernardino County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, namely, the United States Penitentiary at Victorville, California, defendants ROBERT GLENN JOHNS, JASON KNOLES, and JOHN JAVILO MCCULLAH, each aiding and abetting the other, intentionally assaulted inmates P.M. and C.T. with a dangerous weapon, namely, a knife, with intent to do bodily harm.

A TRUE BILL

/S/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ANTOINE F. RAPHAEL
Assistant United States Attorney
Chief, Riverside Branch Office

ALLEN W. CHIU
Assistant United States Attorney
Riverside Branch Office