UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 11-841 DSF | Date | 10/3/11 |
|---|---|---|---|

| Present: The Honorable | DALE S. FISCHER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Debra Plato | Pamela Batalo | Vicki Chou |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Robert Glenn Johns | X | X | | 1) FredRicco McCurry | X | X | |
| 2) Jason Knoles | X | X | | 2) Jason Knoles | X | X | |
| 3) John Javilo McCullah | X | X | | 3) Firdaus Dordi | X | X | |

**Proceedings:**   STATUS CONFERENCE

The matter is called and counsel state their appearances. The Court and counsel discuss status as set forth on the record. The Court takes an oral waiver from Defendant Robert Glenn Johns pursuant to the Speedy Trial Act. Counsel will file the appropriate stipulation.

The Court conducts an under seal hearing as to defendant John Javilo McCullah as set forth on the record. Firdaus Dordi shall continue as counsel for defendant McCullah and Thomas Nishi is relieved.

The next status conference is October 26, 2011 at 9:00 a.m.

|   | : | 30 |
|---|---|---|
| Initials of Deputy Clerk | dp | |

cc: